# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jovan William Barrett, | ) | Case No. 1:14-cr-190-3 |
| | ) | |
| Defendant. | ) | |

Attorney Thomas Dickson has been retained by defendant and on May 11, 2015, filed a notice of appearance his appearance on defendant's behalf. Accordingly, attorney Thomas Dickson shall be substituted as defense counsel of record. Attorney Thomas Jackson is **GRANTED** leave to withdraw.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court